UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID PERLSTEIN,                                  : Case No.: 1:17-cv-1352 (ERK) (ST)
Individually and on behalf of a class,            :
                                                  :
                    Plaintiff,                    :
  v.                                              :
                                                  :
LBC MUNDIAL CORPORATION,                          :
                                                  :
                    Defendant.                    :
-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 29 2017 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 24th day of August 2017.

| THE LAW OFFICES OF SHIMSHON WEXLER, PC | SQUIRE PATTON BOGGS (US) LLP |
|---|---|
| By: /s/ Shimshon Wexler | By: /s/ Paul Myung Han Kim |
| Shimshon Wexler<br>216 West 104th St., #129<br>New York, New York 10025<br>T: (212) 760-2400<br>F: (917) 512-6132<br>shimshonwexler@yahoo.com | Paul Myung Han Kim<br>30 Rockefeller Plaza<br>New York, New York 10112<br>T: (212) 872-9800<br>F: (212) 872-9815<br>paul.kim@squirepb.com |
| Attorney for Plaintiff<br>DAVID PERLSTEIN | Attorneys for Defendant<br>LBC MUNDIAL CORPORATION |

So ordered:

s/ Edward R. Korman
8/25/2017

- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID PERLSTEIN,
Individually and on behalf of a class,

                          Plaintiff,

    v.

LBC MUNDIAL CORPORATION,

                         Defendant.
-----------------------------------------------------------------x

Case No.: 1:17-cv-1352 (ERK) (ST)

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I electronically filed this Stipulation of Dismissal with Prejudice using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Shimshon Wexler
shimshonwexler@yahoo.com

      Respectfully submitted this 24th day of August 2017.

                                      **SQUIRE PATTON BOGGS (US) LLP**

                                      /s/ *Paul Myung Han Kim*
                                      Paul Myung Han Kim